# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: Seizure Warrant | ) ) ) | Case No. 18-190M |

## MOTION AND ORDER TO UNSEAL CRIMINAL FILE

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, Lesley F. Wolf and Ruth E. Mandelbaum, Assistant United States Attorneys for the District of Delaware, moves that the Seizure Warrant, Application, Affidavit, and file in this case be unsealed.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By: */s/ Ruth E. Mandelbaum*
Lesley F. Wolf
Ruth E. Mandelbaum
Assistant United States Attorneys

Dated: April 5, 2021

**AND NOW**, to wit, this  5th  day of  April , 2021, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal File in the above-captioned case be unsealed.

*Christopher J. Burke*
The Honorable Christopher J. Burke
United States Magistrate Judge