IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In Re:  Seizure Warrant            )   Case No. 18-190M
                                                                     )
                                                                     )

**MOTION AND ORDER TO UNSEAL CRIMINAL FILE**

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, Lesley F. Wolf and Ruth E. Mandelbaum, Assistant United States Attorneys for the District of Delaware, moves that the Seizure Warrant, Application, Affidavit, and file in this case be unsealed.

                                                             Respectfully submitted,

                                                             DAVID C. WEISS
                                                             United States Attorney

                                                           By:   */s/ Ruth E. Mandelbaum*
                                                                   Lesley F. Wolf
                                                                   Ruth E. Mandelbaum
                                                                   Assistant United States Attorneys

Dated:   April 5, 2021

**AND NOW**, to wit, this   5th   day of   April  , 2021, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal File in the above-captioned case be unsealed.

                                                             *Christopher J. Burke*
                                                             The Honorable Christopher J. Burke
                                                             United States Magistrate Judge